UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF KILE,<br><br>   Plaintiff,<br><br> v.<br><br>J. DOERER,<br><br>   Defendant. | No. 1:24-cv-01177-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Docs. 12, 16 |

  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 25, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for class certification be denied. Doc. 16. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 2. Plaintiff untimely filed objections on March 28, 2025. Doc. 21.

  In his objections, plaintiff argues that the Court should appoint an attorney under 28 U.S.C. § 1915(e)(1) to enable him to certify a class. *Id.* at 1. The decision to appoint such counsel is within "the sound discretion of the trial court and is granted only in exceptional

1

circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). "A finding of the exceptional circumstances of the plaintiff seeking assistance requires at least an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims in light of the complexity of the legal issues involved." *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (internal citations omitted). Plaintiff does not meet the exceptional circumstances. As plaintiff's complaint has not yet been screened, the Court cannot make a determination that plaintiff is likely to succeed on the merits. *See* 28 U.S.C. § 1915A.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 25, 2025, Doc. 16, are ADOPTED IN FULL; and

2. Plaintiff's motion for class certification filed on February 20, 2025, Doc. 12, is DENIED.

IT IS SO ORDERED.

Dated:   May 21, 2025

_____
UNITED STATES DISTRICT JUDGE