UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF KILE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. DOERER,<br><br>    Defendant. | No. 1:24-cv-01177-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>Docs. 23, 24 |

Plaintiff Jeff Kile is proceeding pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C.§ 636(b)(1)(B) and Local Rule 302.

On July 28, 2025, plaintiff filed a pleading titled "Amended Motion for Injunctive Relief" (hereinafter "motion for a preliminary injunction") which requests that the Court order defendant Doerer to take various actions in connection with a lockdown that occurred at the United States Petitionary in Atwater, California from August 9 to October 9, 2024. Doc. 23.

On July 29, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motion for a preliminary injunction. Doc. 24. Specifically, the magistrate judge found that because plaintiff's complaint had not yet been screened and no defendants had been served, there was no case or controversy before the Court and it could not be determined whether

1

plaintiff was likely to succeed on the merits of his claims. *Id.* at 3. Additionally, the magistrate judge found that plaintiff failed to show that he will suffer irreparable harm in the absence of an injunction, that the balance of equities tips in his favor, or that an injunction is in the public interest. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* Plaintiff has not filed objections, and the deadline to do so has expired. *See* docket. On the same day that the findings and recommendations as to plaintiff's motion for a preliminary injunction were issued, the magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim for relief. Doc. 25.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds that the findings and recommendations are supported by the record and proper analysis as to the irreparable harm, balance of equities, and public interest elements. As the complaint has now been screened and found to state no cognizable claims, plaintiff has also not demonstrated a likelihood of success on the merits.

Accordingly:

1. The findings and recommendations issued on July 29, 2025, Doc. 24, are adopted; and
2. Plaintiff's motion for a preliminary injunction, Doc. 23, is denied.

IT IS SO ORDERED.

Dated:   September 12, 2025

UNITED STATES DISTRICT JUDGE

2