UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFF KILE,

Plaintiff,

v.

J. DOERER,

Defendant.

No.  1:24-cv-01177-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM

Doc. 28

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2025, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action for failure to state a cognizable claim for relief.  Doc. 28.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days.  *Id.* at 8.  No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  After carefully reviewing the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.  Additionally, to the extent

1

plaintiff asserts a claim under the Fourth Amendment concerning his property, Doc. 4 at 8, it is not cognizable. *Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989) (recognizing that "the fourth amendment does not protect an inmate from the seizure and destruction of his property."); *see also Hudson v. Palmer*, 468 U.S. 517, 530 (1984) (concluding "that prisoners have no legitimate expectation of privacy and that the Fourth Amendment's prohibition on unreasonable searches does not apply in prison cells.").

Accordingly:

1. The findings and recommendations issued on October 7, 2025, Doc. 28, are adopted in full;

2. This action is dismissed for failure to state a cognizable claim for relief; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 18, 2026

UNITED STATES DISTRICT JUDGE

2